In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-035 CR


____________________



MARK LEN BENNETT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 89430






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Mark Len Bennett, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and counsel of record is aware of the motion. No opinion has issued in this
appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered February 23, 2005

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.